IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITTED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 11-248-5 |
| | : | |
| MICHAEL SUPILOWSKI | : | |

REPORT & RECOMMENDATION

TIMOTHY R. RICE                                                                                           March 19, 2013
U.S. MAGISTRATE JUDGE

      AND NOW, this 19 day of March, 2013, upon review of the billing entries submitted by Dennis P. Caglia, Esq., it is recommended that the voucher dated Feb. 12, 2013 be approved as submitted in the amount of $9,792.20. The legal work performed, and expenses incurred, were reasonable and appropriate based on the underlying charges, which involved multiple defendants and wiretap interceptions. Moreover, this case required extensive conferences with the client before entry of a guilty plea.

      BY THE COURT:

/s/ Timothy R. Rice_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE